JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BO GAO, an individual, | No. CV 19-4331-JFW (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES; LORI MACKENZIE, Division Chief of the Immigrant Investor Program Office; DONALD NEUFELD, Associate Director of the California Service Center; KENNETH CUCCINELLI[1], Senior Official Performing the Duties of the Director; CHAD WOLF[2], Acting Secretary of Department of Homeland Security; THE UNITED STATES OF AMERICA, | Honorable John F. Walter United States District Judge |
| Defendants. | |

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition, Defendant's Reply thereto, and the Joint Exhibits filed in support of the same, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants on all Plaintiff's claims.

This action is dismissed with prejudice in its entirety.

Dated: April 14, 2020

_____
Honorable John F. Walter
United States District Judge

---

[1] Kenneth Cuccinelli, Senior Official Performing the Duties of the Director, is automatically substituted for his predecessor, pursuant to Federal Rule of Civil Procedure 25(d).

[2] Chad Wolf, Acting Secretary of Homeland Security, is automatically substituted for his predecessor, pursuant to Federal Rule of Civil Procedure 25(d).

1